IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARDINAL HEALTH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC H. HOLDER, JR., et al., )<br>)<br>Defendants. )<br>) | No. 1:12-cv-_____ |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Cardinal Health, Inc. ("Cardinal Health"), hereby moves for a temporary restraining order (1) prohibiting Defendants Eric J. Holder, Jr., the U.S. Department of Justice, Michele L. Leonhart, the Drug Enforcement Administration, or anyone acting on their behalf from enforcing the Order To Show Cause and Immediate Suspension of Registration ("ISO") executed on February 3, 2012 to Cardinal Health's Lakeland, Florida prescription drug distribution facility; (2) directing Defendants to immediately return any registrations, licenses, or forms required to make this Court's temporary restraining order effective; and (3) directing Defendants to return or unseal any controlled substances seized or placed under seal in connection with the ISO.

As set forth more fully in the memorandum in support of this motion and accompanying declarations, a restraining order is appropriate for the following reasons:

1. There is a substantial likelihood that Cardinal Health will succeed on the merits of its claim that the ISO was unlawful and violated both the APA and Cardinal Health's due process rights.

2. Cardinal Health and its customers will suffer irreparable harm if the requested temporary relief is not issued and the company's shipments of vital medicines containing controlled substances are disrupted.

3. The harm Cardinal Health would suffer as a result of denial of the injunction far outweighs the harm, if any, Defendants would suffer if the injunction is granted.

4. The public interest will be harmed if temporary relief is not granted.

Accordingly, Cardinal Health respectfully requests that the motion be granted.

Respectfully Submitted,

By /s/ Randolph D. Moss

| | |
|---|---|
| Douglas B. Farquhar (Bar No. 386573) | Randolph D. Moss (Bar No. 417749) |
| Delia A. Stubbs | Brian M. Boynton (Bar No. 483187) |
| Hyman, Phelps & McNamara, P.C. | Wilmer Cutler Pickering Hale and Dorr LLP |
| 700 13th Street, N.W. | 1875 Pennsylvania Avenue, N.W. |
| Suite 1200 | Washington, D.C. 20006 |
| Washington, D.C. 20005 | Tel.: (202) 663-6000 |
| Tel.: (202) 737-9624 | Fax: (202) 663-6363 |
| Fax: (202) 737-9329 | randolph.moss@wilmerhale.com |
| dfarquhar@hpm.com | |

*Counsel for Cardinal Health, Inc.*

Dated: February 3, 2012