| Attachment Number | Title |
|---|---|
| -- | Declaration of Joseph Rannazzisi |
| -- | Declaration of Ruth Carter |
| 1 | Monthly Oxycodone Sales to Practitioners 2009-2010 |
| 2 | Cardinal Health Lakeland Florida; Oxycodone Sales to Displayed Pharmacies |
| 3 | July 1, 2011 Florida Department of Health Press Release |
| 4 | Comparison of Oxycodone Sales by Pharmacies 2008-2011 |
| 5 | December 27, 2007 DEA Letter to Cardinal Lakeland |
| 6 | Florida Distributors - 2010 |
| 7 | Florida Distributors – 2011 |
| 8 | November 28, 2007 Immediate Suspension Order – Cardinal Auburn |
| 9 | December 5, 2007 Immediate Suspension Order – Cardinal Lakeland |
| 10 | December 7, 2007 Immediate Suspension Order – Cardinal Swedesboro |
| 11 | January 30, 2008 Order to Show Cause – Cardinal Stafford |
| 12 | 2008 Memorandum of Agreement |
| 13 | September 16, 2011 Mallinckrodt Letter |
| 14 | Mallinckrodt Charge-back data on Oxycodone 30 mg for 2011 YTD from Specific Wholesale Distributors |
| 15 | February 2, 2012 Immediate Suspension Order – Cardinal Lakeland |
| 16 | Comparison of Monthly Sales by Cardinal Health, Including Average Monthly Data |
| 17 | 2009 – 2011 Sanford, Florida Pharmacy Customers |
| 18 | Pharmacies Near CVS #5195 |
| 19 | Pharmacies Near CVS #219 |
| 20 | Cardinal Sales – Highlight Report |
| 21 | February 2, 2012 Immediate Suspension Order – CVS #219 and #5195 |
| 22 | Cardinal On-Site Investigations |
| 23 | IMS Institute Data by Payment Type |
| 24 | CVS 219 Threshold Changes |
| 25 | CVS 219 Electronic Suspicious Order Monitoring ("ESOM") Adjustments |
| 26 | September 30, 2010 E-mail from Paul Farley to Michael Mone |
| 27 | CVS 5195 Threshold Changes |
| 28 | CVS 5195 ESOM Adjustments |
| 29 | Gulf Coast Threshold Changes |
| 30 | Gulf Coast ESOM Adjustments |
| 31 | August 26, 2008 Cardinal Health Memo re: Gulf Coast Medical Pharmacy |
| 32 | April 30, 2009 Data Collection – QRA Site Visit |

| 33 | December 14, 2009 Cardinal Health Memo re: Gulf Coast Medical Pharmacy |
|---|---|
| 34 | October 13, 2010 Cardinal Health Report of Investigation re: Gulf Coast Medical Pharmacy |
| 35 | October 29, 2010 Anti-Diversion Customer Profile for Gulf Coast Medical Pharmacy |
| 36 | November 9, 2010 Cardinal Health Memo re: Addendum to Report of Investigation dated October 13, 2010 Gulf Coast Medical Pharmacy |
| 37 | January 28, 2011 E-mail Response from Gulf Coast Owner Jeffrey Green |
| 38 | March 24, 2011 Cardinal Health Report of Investigation re: Gulf Coast Medical Pharmacy |
| 39 | Caremed Threshold Changes |
| 40 | November 18, 2008 E-mail Response from Caremed Owner Roscoe Heim |
| 41 | Caremed ESOM Adjustments |
| 42 | May 12, 2010 Cardinal Health Report of Investigation re: Caremed Health Corp. |
| 43 | January 13, 2011 Data Collection – QRA Site Visit |
| 44 | September 22, 2011 Cardinal Health Report of Investigation re: Carmed Health Corp. |
| 45 | Hearing Transcript Excerpt |
| 46 | *Cardinal wins order lifting DEA suspension in Florida*, Reuters, Feb. 3, 2012 |
| 47 | *3rd Update: Cardinal Health Protests DEA Suspension for Florida Facility,* Wall Street Journal, February 3, 2012 |
| 48 | September 27, 2006 DEA Letter to Cardinal Lakeland |