# *Cardinal Health, Inc. v. Holder*

# *Attachment 23*
# *to*
# *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

PATIENT PAYMENT FOR MEDICINES

# Payment type continued shift toward Medicare Part D and Medicaid

## Dispensed Prescriptions by Payment Type



- Medicare Part D beneficiaries filled 871Mn prescriptions in 2010, up 6.4% and accounting for nearly 22% of all prescriptions.
- Medicaid prescriptions increased by 13.7% to 337Mn in 2010 while cash payments declined by 10.3% to 273Mn prescriptions.
- Commercial third-party (excluding Medicare Part D) accounted for 62.9% of prescriptions in 2010 versus 64.1% in 2009.
- Patients with Medicare Part D or Medicaid coverage filled 30.2% of all prescriptions in 2010, compared to 22.1% in 2006, the first year of the Part D program.

**Chart notes**

Method of payment measured at prescription level at point of payment.

All payment types are mutually exclusive; commercial third-party includes all private third-party insurers and excludes Medicare Part D plans.

Includes all prescriptions dispensed through retail pharmacies, including independent and chain drugstores, food store pharmacies, mail order and long-term care facilities.

■ Cash  ■ Medicaid  ■ Commercial Third-Party  ■ Medicare Part D

| Year | Cash | Medicaid | Commercial Third-Party | Medicare Part D |
|---|---|---|---|---|
| 2006 | 14.6% | 7.5% | 66.4% | 11.5% |
| 2007 | 18.4% | 6.8% | 63.9% | 10.9% |
| 2008 | 20.3% | 7.0% | 64.4% | 8.3% |
| 2009 | 20.7% | 7.5% | 64.1% | 7.7% |
| 2010 | 21.8% | 8.4% | 62.9% | 6.9% |

Source: IMS Health, National Prescription Audit, Dec 2010

The Use of Medicines in the United States: Review of 2010
Report by the IMS Institute for Healthcare Informatics

13

