# *Cardinal Health, Inc. v. Holder*

# *Attachment 28*
# *to*
# *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

# CVS 5195
# ESOM Adjustments

| DATE | DRUG | DEC | Comments | Accruals | Threshold |
|---|---|---|---|---|---|
| 6/23/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 30,600 | 27,000 |
| 6/23/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 30,600 | 27,000 |
| 6/23/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 30,600 | 27,000 |
| 6/28/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/28/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/28/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/28/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/28/2010 | OXYCODONE HCL 5MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/28/2010 | OXYCODONE HCL 10MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 36,200 | 27,000 |
| 6/29/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/29/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/29/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/29/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/29/2010 | OXYCONTIN 40MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/29/2010 | OXYCODONE HCL 10MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,500 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE/APAP 5-500MG 100 | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 5MG 100 IR | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 6/30/2010 | OXYCODONE HCL 10MG 100 | P | NOT UNREASONABLE END-OF-MONTH ORDER--JULY 4TH WEEKEND | 53,300 | 27,000 |
| 7/14/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 29,800 | 27,000 |
| 7/14/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 29,800 | 27,000 |
| 7/14/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 29,800 | 27,000 |
| 7/15/2010 | OXYCONTIN 30MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 30,000 | 27,000 |
| 7/19/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 34,200 | 27,000 |
| 7/19/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 34,200 | 27,000 |
| 7/19/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 34,200 | 27,000 |
| 7/20/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/20/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/20/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/20/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/20/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/20/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 43,200 | 27,000 |
| 7/21/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/21/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/21/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/21/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/21/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/21/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 50,500 | 27,000 |
| 7/27/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 61,200 | 27,000 |
| 7/27/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 61,200 | 27,000 |
| 7/27/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 61,200 | 27,000 |
| 7/27/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 61,200 | 27,000 |
| 7/27/2010 | OXYCODONE HCL 5MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 61,200 | 27,000 |
| 7/28/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 7/28/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 7/28/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 7/28/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 7/28/2010 | OXYCODONE/APAP 7.5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 7/28/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 70,500 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 5MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |

| Date | Drug | | Reason | | |
|---|---|---|---|---|---|
| 8/1/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE/APAP7.5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE/APAP 10-650MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/1/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 0 | 27,000 |
| 8/10/2010 | OXYCODONE HCL 15MG 100 IR | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/10/2010 | OXYCODONE HCL 30MG 100 IR | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/10/2010 | OXYCODONE/APAP 5-325MG 100 | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/10/2010 | OXYCODONE/APAP 10-325MG 100 | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/10/2010 | OXYCONTIN 40MG 100 CR | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/10/2010 | OXYCODONE HCL 30MG 100 | P | STORE OK'D BY CVS LP PROGRAM-NOT UNREASONABE | 33,400 | 27,000 |
| 8/17/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 57,600 | 50,000 |
| 8/17/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 57,600 | 50,000 |
| 8/17/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 57,600 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCONTIN 40MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/23/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 79,900 | 50,000 |
| 8/24/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/24/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 92,900 | 50,000 |
| 8/25/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | ROXICODONE 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE/APAP7.5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/25/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 106,100 | 50,000 |
| 8/30/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 108,600 | 50,000 |
| 9/2/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 8,800 | 50,000 |
| 9/2/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 8,800 | 50,000 |
| 9/2/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 8,800 | 50,000 |
| 9/15/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | OXYCONTIN 10MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | OXYCONTIN 80MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | ROXICODONE 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/15/2010 | OXYCODONE HCL 5MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 62,900 | 50,000 |
| 9/30/2010 | OXYCODONE HCL 30MG 100 | P | DISCUSSED WITH CVS-CONCERNED WITH WEEKEND SUPPLY AND PATIENT CARE | 108,800 | 105,000 |
| 9/30/2010 | OXYCODONE/APAP 5-325MG 100 | P | DISCUSSED WITH CVS-CONCERNED WITH WEEKEND SUPPLY AND PATIENT CARE | 108,800 | 105,000 |
| 9/30/2010 | OXYCODONE/APAP 10-325MG 100 | P | DISCUSSED WITH CVS-CONCERNED WITH WEEKEND SUPPLY AND PATIENT CARE | 108,800 | 105,000 |
| 9/30/2010 | OXYCODONE HCL 15MG 100 IR | P | DISCUSSED WITH CVS-CONCERNED WITH WEEKEND SUPPLY AND PATIENT CARE | 108,800 | 105,000 |
| 10/25/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |

| Date | Product | | Reason | | |
|---|---|---|---|---|---|
| 10/25/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/25/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 135,000 | 120,000 |
| 10/26/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 144,400 | 120,000 |
| 10/26/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 144,400 | 120,000 |
| 10/26/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 144,400 | 120,000 |
| 10/26/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 144,400 | 120,000 |
| 10/27/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCODONE HCL 15MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCODONE HCL 30MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCODONE HCL 30MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCODONE/APAP 5-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCODONE/APAP 10-325MG 100 | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/27/2010 | OXYCONTIN 40MG 100 CR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 156,400 | 120,000 |
| 10/31/2010 | OXYCODONE HCL 15MG 100 IR | P | NOT UNREASONABLE QUANTITY, PATTERN, AND/OR FREQUENCY | 157,600 | 120,000 |