# *Cardinal Health, Inc. v. Holder*

# *Attachment 31*
## *to*
# *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

# Memo

Cardinal Health
7000 Cardinal Place
Dublin OH 43017



**Cardinal**Health

| | |
|---|---|
| Date | 8/26/08 |
| To | File |
| From | Vince Moellering |
| Subject | Gulf Coast Medical Pharmacy, Ft Myers, FL        BG8830223 |

This pharmacy was visited on 8/12/08 by Vince Moellering, CAH.  Met with PIC of the pharmacy, Mr. Jeffrey Green, who is also the owner.

**Findings**
- Location/Area –Located In a massive medical office complex, which three medical buildings and one hospital//outpatients are brought to the pharmacy by the nurses for their post operative medications
- Practitioners identified by the pharmacy as their primary prescribers of controlled substances all held active, current medical licenses to prescribe said medications, with current DEA registration numbers
- Dispensing data was not requested.
- No evidence of mail service or internet prescription sales
- The pharmacy had a significant business dispensing non-controlled drugs
- Moderate amount of walk-in traffic was observed during the visit//mixed base of customers
- A sufficient amount of nonprescription items were in stock

**Recommendation**
The visit to this pharmacy resulting in the findings above, support the determination at this time that the pharmacy does not represent a significant risk for diversion

Reviewed and Approved: SM

CardHe-001977