# Cardinal Health, Inc. v. Holder

# Attachment 34
## to
## Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction

Cardinal Health
7000 Cardinal Place
Dublin OH 43017

# Report of Investigation


**Cardinal**Health

| | |
|---|---|
| Date | 10/13/10 |
| To | File |
| From | Vincent Moellering |
| Subject | Gulf Coast Medical Pharmacy      DEA #BG8830223 |
| | Fort Myers, FL |

---

This pharmacy was visited on 10/05/10 by Vincent Moellering, CAH QRA-. Met with Jeffrey Green, owner /Pharmacy Tech. and Lenny Moro, CAH PBC

**Findings**

1. Two of the primary C2 prescribers for the pharmacy have no board certification//Two are board certified in family practice//One is board certified in pathology.
2. CAH PBC, Lenny Moro, has observed groups of white males and females, coming into the pharmacy during his late afternoon visits, to have their scripts filled; they leave in small groups.
3. Owner requested that we increase his oxycodone threshold even higher – dispensing data revealed that 462,776 units of oxycodone family drugs were dispensed within two months.
4. I am not convinced that the owner is being forthright pertaining to his customer's origin or residence. I have requested permission to contact DEA to resolve this issue.

**Investigator's Recommendation of Risk to Cardinal Health**

    O Low        O Medium        X High

CardHe-001865

## QUALITY AND REGULATORY AFFAIRS
## SUPPLY CHAIN INTEGRITY

1. Pharmacy Name/DBA:

   Gulf Coast Medical Pharmacy Inc
   13685 Doctors Way, St 150
   Ft Myers, FL 33912

2. DEA #: BG8830223

3. Date of Visit – Inspector's Name/Participants:

   10/05/10
   Vincent Moellering, Jeffrey Green, owner and Lenny Moro, CAH PBC

4. Average # of Rxs filled daily:

   300

5. What % of Rxs filled daily are for controlled substances (C2-C5)?

   40% - this may be a low estimate

6. What are the most frequently prescribed controlled substances?

   oxycodone

7. Are the patients who are chronically receiving CS also receiving Rxs written for non-controls in order to treat their chronic or other conditions? (Follow-up if necessary)

   Owner claims they are also filling non-controlled for these customers

8. What specialty practices or health facilities are in the area which could lead to higher than average dispensing of controlled substances? (List - Examples: hospice, cancer centers, pain management, weight loss, orthopedics)

   Within hospital complex, several pain clinics, orthopedic clinics, physical medicine, oncology and cardiac

9. Obtain the names and DEA #s of the pharmacy's top five C2 prescribers and verify their current status: (Specialty Board Certification = *SBC)

   | Debra K. Roggow | BR3092498/OS6278 | 4/30/13-3/31/12 |
   |---|---|---|
   | *SBC = Physical Medicine + Rehab | | |
   | Kenneth J. Galang | BG5350614/ME75093 | 9/30/11-1/31/12 |
   | *SBC = Physical Medicine + Rehab | | |
   | Fred A. Liebowitz | BL2768084/ME60344 | 3/31/12-1/31/12 |
   | *SBC = NONE | | |

1

| Emiliya S. Hill | FH1046906/ME105043 | 10/31/11-1/31/11 |
|---|---|---|

*SBC = NONE

| John t. Legowik | BL0183107/ME25156 | 3/31/11-1/31/12 |
|---|---|---|

*SBC = PATHOLOGY
Disciplinary action filed in 2005 for not completing his continuing medical education (CME), paid fine.

| Richard R. Wilson | BW8246111/OS9100 | 5/31/12-3/31/12 |
|---|---|---|

*SBC = Family Practice

| Stephen J. Kaskie | BK5270056/ME38600 | 12/31/11-1/31/12 |
|---|---|---|

*SBC = Family Medicine
Disciplinary action filed in 1990 & 1994, Dr Kaskie was suspended, no further information without requesting documents

| John T. Davidson | FD0516243/ME53369 | 6/30/13-1/31/11 |
|---|---|---|

*SBC = Orthopedic surgery
Disciplinary action files in 1990, Dr. Davidson was issued a citation, no further information without requesting documents.

Summary:
2 of the primary CS prescribers have no board certification, 2 are board certified in family practice and 1 in pathology.

10. What procedures does the pharmacy have in place to:
   - Identify Rxs issued by a prescriber for non-therapeutic purposes? (Examples: Vetting physicians, limiting CS script quantities etc.)
   - Identify patients who may be obtaining prescriptions for non-therapeutic purposes?

Verify CS scripts with diagnostic codes, vett physicians, only accepts scripts from local patients.

11. Does the pharmacy routinely fill Rxs for controlled substances for out-of-state or non-local:
    - Practitioners?  NO  (If yes, explain):
    - Patients?       NO  (If yes, explain):

My discussion with Lenny Moro, PBC, revealed his observations while visiting the pharmacy are continuous groups of younger while customers ( 20 – 30 years old), who are obtaining their scripts from the pharmacy. Lenny stated he is at the pharmacy during afternoon hours and I stated that the pharmacy has been slower during my site visits, which usually occur in the late morning.

12. Does the pharmacy have an internet website?  NO
    If Yes, list website address:

13. Does the pharmacy fill prescriptions issued by practitioners pursuant to an Internet (on-line) patient practitioner relationship (such as a questionnaire)? NO; If Yes, explain:

2

CardHe-001867

14. Does the pharmacy purchase drugs from more than one distributor? (If yes, list primary and secondary wholesaler(s).

Masters, Keysource, ParMed and Cardinal health as primary

15. Has the pharmacy's purchasing levels/habits for CS changed between distributors in recent past? (How?)

No.

Additional Comments / Observations:
Are the customers observed consistent with the local general demographics of the area? (If not, explain). Are there any visual indicators of the pharmacy conducting business that may involve diversion?

PBC and I observed one group of three young customers who came in together and left the pharmacy together (2 males and 1 female).

After I requested a dispensing report for the months of August and September 2010, Jeff Green stated he still does not have a sufficient supply of oxycodone and asked me if we (CAH) would raise his threshold levels again. I explained to Jeff, that my department would not make any decision to changing his purchasing levels until all documentation and facts were reviewed.

Dispensing data for the combined months of August/September 2010 revealed the following:
Family 9143/oxycodone is 462,776 units dispensed during two months or 231,388 units dispensed monthly

Recommendation of Risk to Cardinal Health

O Low          O Medium          X High

HIGH RISK QUALIFIERS:

1. Two of the primary C2 prescribers for the pharmacy have no board certification//Two are board certified in family practice//One is board certified in pathology.
2. CAH PBC, Lenny Moro, has observed groups of white males and females, coming into the pharmacy during his late afternoon visits, to have their scripts filled; they leave in small groups.
3. Owner requested that we increase his oxycodone threshold even higher – dispensing data revealed that 462,776 units of oxycodone family drugs were dispensed within two months.
4. I am not convinced that the owner is being forthright pertaining to his customer's origin or residence. I have requested permission to contact DEA to resolve this issue.

3

CardHe-001868