# *Cardinal Health, Inc. v. Holder*

# *Attachment 35*
# *to*
# *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

# Anti-Diversion Customer Profile

**BG8830223    GULF COAST, MED PHARMACY INC**

*REVIEWED*
By: Christopher J. Forst at 10:47 am, Oct 29, 2010

EAST

## DEA LICENSE INFORMATION

| | | |
|---|---|---|
| DEA Number: | BG8830223 | |
| Business Activity Code: | A    0 | RETAIL PHARMACY |
| DEA Schedules: | 22N 3SN 4 5 | |
| License Expiration Date: | 20130930 | |

## CUSTOMER INFORMATION

GULF COAST, MED PHARMACY INC
ROOM 1     13685 DOCTOR'S WAY
SUITE 150
FT MYERS        FL    33912    2392783969    2395748424

| | | |
|---|---|---|
| Dominant Accounting Class: | INDEPENDENT | |
| First Cardinal Account Created: | 2/17/2003 | |
| Visited by QRA / # of Visits / Most Recent Visit: | YES    3    12/11/2009 | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 35 | Hydrocodone | 9,200 |
| Total Rx Sales ($): | $805,953.09 | Oxycodone | 704,850 |
| Control Substance (CS) Sales ($): | $567,980.89 | Alprazolam | 75,700 |
| Rx Dosage Units Sold: | 1,059,903 | Phentermine | 2,000 |
| CS Dosage Units Sold: | 907,512 | Carisoprodol | 20200 |
| % CS Purchases | 85.62% | Tramadol | 3120 |
| % AHOP CS Purchases | 87.24% | | |
| Total # of SOM Events: | 20 | | |
| Most Recent SOM: | 9/28/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 14 | |
| Overage date: | 10/28/2010 | Not unreasonable, order released, no threshold adjustment. |
| Total Accrual: | 144,700 | |
| Monthly Limit: | 141,000 | |
| Order#: | 2225242 | |
| Item#: | 3591377 | |

## HISTORICAL PURCHASE DATA

| | | | | |
|---|---|---|---|---|
| Oct 09 | 21,800 | Apr 10 | 31,100 | |
| Nov 09 | 37,900 | May 10 | 18,400 | |
| Dec 09 | 33,300 | Jun 10 | 58,500 | |
| Jan 10 | 25,200 | Jul 10 | 103,150 | |
| Feb 10 | 35,880 | Aug 10 | 147,000 | |
| Mar 10 | 30,300 | Sep 10 | 162,340 | |

## DISTRACK INFORMATION

K02    LK    481134
11    BG8830223    9143

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | | LEE    442,567 |
| Population of Zip | Income / Household | Median Age |
| 33,624 | $51,708.00 | 40.20 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

10/29/2010 8:39:34 AM

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.
CardinalHealth
CardHe-001863