# Cardinal Health, Inc. v. Holder

# Attachment 36
# to
# Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction

# Memo

Cardinal Health
7000 Cardinal Place
Dublin OH 43017


CardinalHealth

Date     November 9, 2010
To       File
From     Steve Morse
Subject  ADDENDUM to Report of Investigation dated 10/13/10
         Gulf coast Medical Pharmacy                BG8830223
         Fort Myers, FL

Following review of the additional information received from the pharmacy owner and documented in a memo dated 11/03/10 it was determined:

- The primary prescribers identified by the pharmacy owner are local, one exception being an orthopedic surgeon. Not unreasonable.

A complete review of the investigation indicates that the pharmacy is a **medium risk** and subject to close monitoring. It will be interesting to see what changes when the state's prescription monitoring program goes into effect in January 2011.

CardHe-001861

# Memo

Cardinal Health
7000 Cardinal Place
Dublin OH 43017



| | |
|---|---|
| Date | 11/03/10 |
| To | File |
| From | Vince Moellering |
| Subject | Gulf Coast Medical Pharmacy, Ft Myers, FL, #BG8830223<br>List of CS prescribing physicians |

---

On 10/29/10, I contacted Jeffrey Green, Pharmacy owner, and requested a list all C2 – C5 prescribing physicians that he dispenses for. Mr. Green concurred. On 11/02/10, I received a list of physicians, with their DEA numbers, from Jeffrey Green. <u>The list totaled only 11 physicians and it is unknown if this was a complete list provided by the pharmacy owner.</u> Below is the list of the physicians provided by Jeffrey Green:

| Name | DEA# | Cert. | Location | Distance from Ph. |
|---|---|---|---|---|
| Liebowitz | BL2768084 | None | Ft Myers | 1 Mile |
| Goldberger | AG9231527 | Surgery | Ft Myers | 0 Mile |
| Torricelli | BT2124511 | Not provided | Cape Coral | 12.7 Miles |
| Roggow | BR3092498 | Ph Med/Rehab | Ft Myers | 0 Mile |
| Galang | BG5350614 | Ph Med/Rehab | Ft Myers | .2 Mile |
| Daitch | BD1688641 | Anesth/Pain | Ft Myers | 3.4 Miles |
| Disciplinary action in 2005 for violations in 2003, involving C2 medications | | | | |
| Yankopolus | AY6243822 | OB/GYN | Ft Myers | 2.3 Miles |
| Frey | BF7403784 | Ph Med/Rehab | Ft Myers | 3.4 Miles |
| Giventer | FG1579842 | **Ophthalmology** | Bonita Springs | 21.8 Miles |
| Machevan | BM1414515 | None | Bonita Springs | 16.5 Miles |
| Zellner | AZ1309776 | None | Ft Myers | .3 Mile |