# *Cardinal Health, Inc. v. Holder*

## *Attachment 37*
## *to*
## *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Friday, January 28, 2011 11:37 AM |
| **To:** | GMB-QRA-AD-Thresholds |
| **Subject:** | Response for HSCS-P Threshold Event |

E-mail notification for survey response
Survey Title: HSCS-P Threshold Event
Respondent Unique Key: INQ-20110128090137-1319925545 Response Date: Fri, Jan 28, 2011
10:36:55


Page 1

        Facility Name:
        {Enter text answer}
        [ GULF COAST MEDICAL PHARMACY ]

        Facility Address:
        {Enter text answer}
        [ 13685 DOCTORS WAY #150 FT MYERS FL. 33912 ]

        Facility Contact:
        {Enter text answer}
        [ JEFF GREEN ]

        Facility Phone:
        {Enter text answer}
        [ 239-278-3969 ]

        Facility Fax No.:
        {Enter text answer}
        [ 239-278-0336 ]

Please outline the underlying factors that are contributing to your need
for the increased quantities of the drug family:
{Enter answer in paragraph form}
[ GOOD MORNING BRETT, THIS PHARMACY IS LOCATED INSIDE OF GULF COAST
HOSPITAL. OUR NEEDS GROWS AS THE PATIENTS FILL UP ALL THE ROOMS. DISCHARGES
ARE THE HIGHEST ON FRIDAYS. THIS HOSPITAL SPECIALIZES IN TRANSPLANTS,
ONCOLOGY,AND ORTHOPEDICS. WE TAKE CARE OF THE DISCHARGES FOR THE 3 OTHER
HOSPITALS, BECAUSE THEY ARE ALL OWNED BY THE SAME COMPANY (LEE MEMORIAL
HEALTH SYSTEMS). WE HAVE ALSO STARTED TO TAKE ON THE PALITIVE CARE
(PRE-HOSPICE) UNIT FOR THE HOSPITAL. WE NEED TO HAVE OUR LIMIT RAISED TO
450 BOTTLES/WEEK. THANK YOU FOR YOUR ATTENTION & HAVE A GREAT WEEKEND, JEFF
GREEN ]

Name of Drug Family held per Regulatory Review:
{Enter text answer}
[ OXYCODONE ]

Facility DEA#:
{Enter text answer}
[ BG8830223 ]

Name of Person Responding:
{Enter text answer}
[ JEFF GREEN ]

CardHe-001860