# Cardinal Health, Inc. v. Holder

# Attachment 38
# to
# Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction

Cardinal Health
7000 Cardinal Place
Dublin OH  43017

# Report of Investigation


CardinalHealth

| | |
|---|---|
| Date | 3/24/11 |
| To | File |
| From | Steve Morse |
| Subject | Gulf Coast Medical Pharmacy    DEA #  BG8830223 |
| | Fort Myers, FL |

This pharmacy was visited on 2/17/11 by Steve Morse, CAH. Met with Jeffrey Green, Pharmacy Technician and Owner.

**Purpose**
Follow-up to the 10/5/10 investigative visit

**Findings**
- This independent pharmacy was in a hospital clinic building located within the Lee Memorial Hospital complex. This is one of 4 Lee Memorial Hospitals within a 20 mile radius. Most of the practitioners apparently have staff privileges at all 4 hospitals.
- The list of physicians provided by the owner during the 10/5/10 visit and the list provided and and vetted by Vince Moellering on or about 11/3/10 still constitutes the pharmacy's principal prescribers with these changes.
    - Dr. Roggow has moved away
    - Dr. Legowik has moved away
    - New – Dr. Raul Davilla        BD6608826        Exp 6/30/11
        - State – ME79321        Exp 1/31/12        No Disciplinary Action
    - New – Dr. Fernando Valle FV2000735        Exp 5/31/13
        - State – ME41753        Exp 1/31/12        No Disciplinary Action
    - New – Dr. Andrew Eric Esch  BE6901501        Exp 8/31/18
        - State – ME104140        Exp 1/31/13        No Disciplinary Action
- The pharmacy owner vets prescribers as follows
    - Cks licensure through the the Dept of Health licensure website and watches for disciplinary actions;
    - Cks DEA # through DEA's website or one linked to DEA's information;
    - Cks addresses and phone numbers of practtioners through 411 reverse directory
    - Verifies all C2s with the prescribing practitioner
    - Limits CS to Lee county practitioners
- The pharmacy owner vets patients as follows
    - Only fills controls for Lee county residents (cks IDs)
    - Exceptions to Lee county residency are discharges from the emergency room as they may be from anywhere
- Dr. Esch was board certified in Internal Medicine and Hospice and Palliative Care and will be responsible for hospice and palliative care for all 4 Lee Memorial Hospitals and their outpatient clinic.
    - A copy of a letter from Dr. Esch to Brett Fortier dated 2/8/11 (located in cntnt mgr as 070 document) advises of his desire to have all patients go to Jeff Green at Gulf Coast Medical Pharmacy.

**Investigator's Recommendation of Risk to Cardinal Health**

    O Low        ✖ Medium        O High