# *Cardinal Health, Inc. v. Holder*

# *Attachment 42*
# *to*
# *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*

Cardinal Health
7000 Cardinal Place
Dublin OH 43017

# Report of Investigation


CardinalHealth

Date    05/12/10
To      File
From    Vincent Moellering
Subject Carmed Health Corp/Brooks Pharmacy         DEA #BC7126457
        Bonita Springs, FL 34135

---

This pharmacy was visited on 05/04/10 by Vincent Moellering, CAH QRA-SCI. Met with Roscoe D. Heim, owner and PIC.

**Findings**
- Practitioners identified by the PIC, held current medical licenses and current DEA registration numbers
- Location/Area – On the first floor lobby of a health center with over 100 physicians//on side street//In Lee County
- No evidence of mail services or internet prescription sales
- The pharmacy had a moderate business dispensing non-controlled drugs
- 5% in cash sales
- 40% in CS sales
- Busy at the time of the visit//walk-in customers appeared to be consistent with the locale
- Large, well stocked OTC area
- A drug utilization report was received and analyzed – Oxycodone usage is over 44,000 monthly. Based on the high volume of elderly customers, this is acceptable at this time

**Investigator's Recommendation of Risk to Cardinal Health**

**X Low**       O Medium         O High

## DATA COLLECTION – QRA SITE VISIT

1. **Pharmacy Name/DBA:**   Caremed Health Inc./Brooks Pharmacy
   DEA # BC7126457

2. **Date of Visit:**   05/04/10

3. **Pharmacist In Charge:**   Roscoe D. Helm

4. **Participants:**   Roscoe (Ross) D. Helm, , CAH PBC and Vincent Moellering, CAH QRA-SCI

5. **General Description of Area:**

   Inside the Bonita Community Health Center, on the 1st floor lobby//on side road//In Lee County

6. **Additional Locations:**

   YES  O        NO  X

   a) If Yes, verify both the DEA Numbers and State License Numbers for the additional locations here, in columnar form:
   Pharmacy Name            DEA Number/License Number      Expiration Date

   b) If Yes, are there routine drug transfers between the various locations?  Explain

7. **Additional Pharmacy licenses:**

   YES  O        NO  X

   If Yes, list what type (i.e., Closed Door; Wholesale) and verify additional license numbers and expiration dates.

8. **How does the pharmacy receive new Rxs?**

   Walk-In = 80 %, Phone = 10 %, Fax = 10 %, eScript = 0 %, Mail = ___ %

9. **Does the pharmacy have an internet website?**

   YES  O        NO  X
   Web Address:

10. **Does the pharmacy contract or participate with a 3rd party website?**

    YES  O        NO  X

CardHe-001537

| Web Address |
|---|

**11. Does the pharmacy fill Rxs issued by practitioners pursuant to an on-line patient practitioner relationship (such as a questionnaire)?**

YES  O         NO  X

| If Yes, explain. |
|---|
| |

**12. Average # of Rxs filled per day:**   _150 now/250 when winter residents are here

**13. Percentage of Rxs filled which are controlled substances (C2 – C5):**   40%
PIC stated that a majority of the residents are elderly with injuries or cancer

**14. Is the Pharmacy the Sole Provider of Rxs for any:**   None
   O Nursing Homes
   O Assisted Living Facilities
   O Hospices
   O Others

| Provide the facilities' names and the average number of beds/patients/residents, etc., serviced at each location. |
|---|

**15. Types of Health Care Providers/Facilities in the Area:**
Everything

**16. What does the PIC consider the pharmacy's draw area?**   _Lee and Collier Counties
Pharmacy is located between the two counties, PIC also explained he receives additional business from his compounding operation. The health center has over 100 physicians, but he receives 60% of his business from outside the health center

**17. Does the pharmacy routinely fill controlled substance Rxs issued by out-of-state practitioners, or for those considered non-local?**

YES  O         NO  X

| If Yes, explain and obtain practitioners' names and DEA Numbers. |
|---|

**18. Does the pharmacy routinely fill controlled substance Rxs for out-of-state patients, or for those considered non-local?**

YES  O         NO  X

| If Yes, explain. |
|---|

**19. Does the pharmacy routinely mail any controlled substance Rxs?**

4

CardHe-001538

YES O    NO X

If Yes, explain.

**20. Estimated percentages of payment sources for all Rx business:**

| | |
|---|---|
| Cash (in the form of currency) | 5 % |
| Third Party Payer | 95 % |
| Other (identify) | % |

**21. How many pharmaceutical distributors has the pharmacy used in the past year?** Masters, API, HD Smith, Expert and CAH

**21a. Who is the pharmacy's current primary distributor?** CAH

**21b. Who are other distributors currently being used by the pharmacy?**
Masters, AAP and Expert

**22. Are there any pain management clinics; weight loss clinics or oncology clinics in close proximity to the pharmacy?**

YES X    NO O

If Yes, are any of the practitioners associated with these clinics considered to be within the group of top 5 major prescribers of controlled substances? If so, they should be listed in Question 29.

**23. Are there any current prescribers in the area that the PIC has concerns about?**

YES O    NO X

If Yes, obtain identity(ies) of the prescriber(s) and explain what, if any actions, the PIC has been taking in relationship to these concerns.

**24. List the most frequently prescribed controlled substances dispensed by the pharmacy.** oxycodone
Pharmacy is dispensing over 44,000 oxycodone a month on from the 4 month analysis report. Based on the age of the customers that I also observed, this does not appear to be out of line at this time

**25. Obtain a summary controlled substances (C2 – C5) usage report covering the past 12 month period.**

x  Obtained while on site        O  To be provided later

CardHe-001539

**26. Where any customers observed during the site visit that appeared inconsistent with the local general demographics of area?**

YES  O        NO  X

| If Yes, explain. |
|---|
|  |

**27. Does the pharmacy use automated dispensing machines?**

YES  O        NO  X

**28. If the state has a prescription monitoring program, does the pharmacy routinely and proactively use it to verify potentially fraudulent Rxs?**

YES  O        No  X

**29. Obtain the names and DEA numbers of the pharmacy's top 5 major prescribers of controlled substances and verify current status.**

| List Prescribers' Names, DEA Numbers and State Licenses here, in columnar form: | | |
|---|---|---|
| **Name** | **DEA #/License #** | **Expiration Date** |
| Stephen L. Friedman | BF3258565/ME71533 | 9/30/10-1/31/12 |
| Fred A. Liebowitz | BL2768084/ME60344 | 3/31/12-1/31/12 |
| Michael G. Barile | BB3926586/ME75050 | 7/31/11-1/31/12 |
| Mary B. Stegman | BS4326686/ME67266 | 2/28/13-1/31/11 |
| Richard K. Hood | BH4651255/ME75231 | 10/31/10-1/31/11 |

**30. Obtain the names and license numbers for any additional pharmacists who routinely work at the pharmacy for license verification purposes.**

| List the Pharmacists' Names and Licenses here, in columnar form: | | |
|---|---|---|
| **Name** | **License Number** | **Expiration Date** |
| Chad Stoneberger | PS42745 | 3/31/12 |
| If none, state NONE | | |

**31. ADDITIONAL COMMENTS:**

YES  O        NO  X

|  |
|---|

CardHe-001540