UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARDINAL HEALTH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-185 (RBW) |
| ERIC H. HOLDER, JR., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the conclusion of the hearing held on February 29, 2012, as well as the reasons that will be set forth in a memorandum opinion to be issued by the Court forthwith, it is

**ORDERED** that the plaintiff's motion for a preliminary injunction is **DENIED**.  It is further

**ORDERED** that the temporary restraining order entered by this Court on February 3, 2012, is hereby **DISSOLVED**.  It is further

**ORDERED** that in accordance with an agreement of the parties represented to the Court by counsel, Cardinal Health's drug distribution facility in Lakeland, Florida ("Lakeland Facility") may continue to fill orders for controlled substances for all non-retail customers until 6:00 p.m. EST on March 1, 2012.  All orders for controlled substances for retail pharmacy customers must be discontinued effective immediately, unless the order has already been picked and put on a truck for delivery.  Furthermore, prior to 6:00 p.m. EST on March 1, 2012, the Lakeland Facility may transfer controlled substance inventory from the Lakeland Facility to other Cardinal Health distribution centers.

**SO ORDERED** this 29th day of February, 2012.

REGGIE B. WALTON  
United States District Judge