**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARDINAL HEALTH, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:12-cv-00185-RBW |
| v. | ) ) ) | |
| ERIC H. HOLDER, JR., et al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING UNDER SEAL**

Plaintiff Cardinal Health, Inc. hereby provides notice that it is filing its Response To Court's Order Of March 7, 2012 under seal, as instructed in that Order.

                                            Respectfully Submitted,

                                            /s/ Randolph D. Moss

| | |
|---|---|
| Douglas B. Farquhar (Bar No. 386573) | Randolph D. Moss (Bar No. 417749) |
| Hyman, Phelps & McNamara, P.C. | Brian M. Boynton (Bar No. 483187) |
| 700 13th Street, N.W. | Wilmer Cutler Pickering Hale and Dorr LLP |
| Suite 1200 | 1875 Pennsylvania Avenue, N.W. |
| Washington, D.C.  20005 | Washington, D.C.  20006 |
| Tel.: (202) 737-9624 | Tel.: (202) 663-6000 |
| Fax: (202) 737-9329 | Fax: (202) 663-6363 |
| dfarquhar@hpm.com | randolph.moss@wilmerhale.com |

Dated:  March 16, 2012                     *Counsel for Cardinal Health, Inc.*