**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CARDINAL HEALTH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC H. HOLDER, JR., et al., ) <br> ) <br> Defendants. ) | No. 1:12-cv-00185-RBW |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with a settlement agreement executed by the parties, Cardinal Health, Inc. hereby dismisses this action with prejudice.

Respectfully submitted,

/s/ Brian M. Boynton
_____

| | |
|---|---|
| Douglas B. Farquhar (Bar No. 386573) | Randolph D. Moss (Bar No. 417749) |
| Hyman, Phelps & McNamara, P.C. | Brian M. Boynton (Bar No. 483187) |
| 700 13th Street, N.W. | Wilmer Cutler Pickering Hale and Dorr LLP |
| Suite 1200 | 1875 Pennsylvania Avenue, N.W. |
| Washington, D.C. 20005 | Washington, D.C. 20006 |
| Tel.: (202) 737-9624 | Tel.: (202) 663-6000 |
| Fax: (202) 737-9329 | Fax: (202) 663-6363 |
| dfarquhar@hpm.com | randolph.moss@wilmerhale.com |

Dated: May 15, 2012                          *Counsel for Cardinal Health, Inc.*